# United States Court of Appeals
For the Eleventh Circuit

No. 06-13662

District Court Docket No.
04-00917-CV-J-32-MMH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov 30, 2006
THOMAS K. KAHN
CLERK

SYLVESTER BUTLER,
KELVIN FRAZIER,
CURT MASSIE,
JEREMIAH THOMAS,
EUGENE E. ULRATH, et al.,

        Plaintiffs-Appellees,

versus

JAMES MCDONOUGH,
in his official capacity, et al.,

        Defendants,

JAMES WILSON,
in his individual capacity,
        Defendant-Appellant.

---

Appeal from the United States District Court
for the Middle District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: November 30, 2006
For the Court: Thomas K. Kahn, Clerk
By: Harper, Toni



ISSUED AS MANDATE
DEC 29 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-13662
Non-Argument Calendar

```
         FILED
U.S. COURT OF APPEALS
  ELEVENTH CIRCUIT
   November 30, 2006
    THOMAS K. KAHN
        CLERK
```

D. C. Docket No. 04-00917-CV-J-32-MMH

SYLVESTER BUTLER,
KELVIN FRAZIER,
CURT MASSIE,
JEREMIAH THOMAS,
EUGENE E. ULRATH, et. al.,

Plaintiffs-Appellees,

versus

JAMES MCDONOUGH, in his
official capacity, et. al.,

Defendants,

JAMES WILSON, in his
individual capacity,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

**(November 30, 2006)**

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

This action is brought by a group of current and former inmates of the Florida Department of Corrections against multiple current and former correctional officers. This appeal involves only one of many rulings by the district court; to wit: the denial of the motion to dismiss filed by defendant/appellant James Wilson as to the allegations made against him by plaintiff/appellee Jeremiah Thomas. The basis of the motion to dismiss is qualified immunity. We agree with the district court that the allegations of the Second Amended Complaint are sufficient to withstand this motion.[1]

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: William P. Miller
Deputy Clerk
Atlanta, Georgia

---

[1] Of course, this ruling does not prevent the district court from revisiting the issue of qualified immunity after a full development of the evidence should the appellant present a motion for summary judgment.

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

DEC 1 1 2006
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
THOMAS K. KAHN
CLERK

James Wilson
                              Appellant
vs.                                              Case No. 06-13662-C

Sylvester Butler et. al.,
                              Appellee

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

## INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellant's Brief | | | | | | | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | | X | 52 | 17 (8) | 8811 | 121.72 | **$60.72** |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | | $ 121.72 | $ **$60.72** |
| | | | | | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: December 6, 2006          Signature: *Cassandra Capobianco*

Attorney for: Plaintiffs Thomas, Ulrath, Butler, Massie, Frazier, Williams, Echols, McKinney, Morgan, and Ward.
            (Type or print name of client)

A True Copy - Attested
Clerk U.S. Court of Appeals, Eleventh Circuit
By: *William R. Miller*
Deputy Clerk
Atlanta, Georgia

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **$60.72** against **Appellant**

and are payable directly to **Appellee**

Thomas K. Kahn, Clerk

Issued on: **DEC 2 9 2006**          By: _____
                                            Deputy Clerk

MISC-12
(Rev. 12/98)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 29, 2006



Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE FL 32202-4271

**Appeal Number: 06-13662-CC**
Case Style: Sylvester Butler v. James McDonough
District Court Number: 04-00917 CV-J-32-MMH

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:

Bill of Costs
    Original record on appeal or review, consisting of: Five Volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Will Miller (404) 335-6194

Encl.

MDT-1 (06/2006)