UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMIAH THOMAS, et al.,

    Plaintiffs,

v.                                  Case No. 3:04-cv-917-J-32HTS

JAMES McDONOUGH, et al.,

    Defendants.

_____

**O R D E R**

This cause is before the Court on Plaintiffs' Reasserted Motion to Compel Production from Defendants James McDonough and Randall Bryant of Items Not Produced in Defendants' Responses to Plaintiffs' Eighth Request to Produce, Nor in Response to the Court's Order Dated August 10, 2007 (Doc. #283; Motion). The Motion is opposed. *See* Defendants James McDonough and Randall Bryant's Response in Opposition to Plaintiffs' Reasserted Motion to Compel Production (Doc. #315; Response).

In the Order (Doc. #280; Order) entered on August 10, 2007, the Court compelled the production of "the documents described in paragraphs 1-4 and 6-7 of Plaintiffs' Eighth Request for Production *insofar as such exist* within [Defendants'] possession, custody, or control." Order at 4-5 (emphasis added). Each of the requests at

issue specifically sought "[o]ne document" containing the desired information.  Plaintiffs' Eighth Request for Production to Defendant McDonough, attached as the fifth exhibit to the Motion, at 5.  Plaintiffs, however, now contend Defendants should be ordered to produce "data in any form that is reasonably responsive to the spirit of Plaintiffs' request."  Motion at 10.  Defendants claim they "have complied with the court's August 10, 2007 order by producing those records and information which could be produced in 'a single document[.]'"  Response at 5.[1]

While the Court recognizes Plaintiffs' asserted good intentions in propounding the discovery, see Motion at 4, the requests unambiguously demand that a single document be produced in relation to each category of information.  Defendants will not be forced to create a document that is not currently in existence or produce data in a form that was not requested.  Accordingly, the Motion (Doc. #283) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of October, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs' argument with respect to production of use of force data between November 1999 and October 2001, see Motion at 10, is presumably now moot.  See Response at 5 n.4.

Copies to:

Counsel of record and
     pro se parties, if any