# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| 1 | Jeremiah Thomas Inmate File | PLF0100001 - PLF0100294 | | SEP 0 3 2008 | |
| 2 | Jeremiah Thomas Medical/Mental Health File | PLF0200001 - PLF0200239 | | SEP 0 3 2008 | |
| 3 | Michael McKinney Inmate File | PLF0300001 - PLF0300292 | | SEP 0 3 2008 | |
| 4 | Michael McKinney Medical/Mental Health File | PLF0400001 - PLF0400159 | | SEP 0 3 2008 | |
| 5 | Curt Massey Inmate File | PLF0500001 - PLF0500019 | Relevance (R) | SEP 0 4 2008 | |
| 6 | Curt Massey Medical/Mental Health File | PLF0600001 - PLF0600038 | R | SEP 0 4 2008 | |
| 7 | Sylvester Butler Inmate File | PLF0700001 - PLF0700028 | R | SEP 0 4 2008 | |
| 8 | Sylvester Butler Medical/Mental Health File | PLF0800001 - PLF0800043 | R | SEP 0 4 2008 | |
| 9 | Paul Echols Inmate File | PLF0900001 - PLF0900254 | | SEP 0 3 2008 | |
| 10 | Paul Echols Medical/Mental Health File | PLF1000001 - PLF1000048 | | SEP 0 3 2008 | |
| 11 | Antonio Ward Inmate File | PLF1100001 - PLF1100142 | | SEP 0 3 2008 | |
| 12 | Antonio Ward Medical/Mental Health File | PLF1200001 - PLF1200136 | | SEP 0 3 2008 | |
| 13 | Charles Morgan Inmate File | PLF1300001 - PLF1300193 | R | SEP 0 4 2008 | |
| 14 | Charles Morgan Medical/Mental Health File | PLF1400001 - PLF1400153 | R | SEP 0 4 2008 | |
| 15 | Eugene Ulrath Inmate File | PLF1500001 - PLF1500023 | R | SEP 0 4 2008 | |
| 16 | Eugene Ulrath Medical/Mental Health File | PLF1600001 - PLF1600040 | R | SEP 0 4 2008 | |

1A admitted SEP 0 8 2008

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| 17 | Kelvin Frasier Inmate File | PLF1700001 - PLF1700108 | R | SEP 0 4 2008 | |
| 18 | Jasmin Hunter Inmate File | PLF1800001 - PLF1800046 | R | SEP 0 4 2008 | |
| 19 | Jasmin Hunter Medical/Mental Health File | PLF1900001 - PLF1900062 | R | SEP 0 4 2008 | |
| 20 | Javon Jones Inmate and Medical/Mental Health File | PLF2000001 - PLF2000043 | R | SEP 0 4 2008 | |
| 21 | Bobby Lawrence Inmate and Medical/Mental Health File | PLF2100001- PLF2100024 | R | SEP 0 4 2008 | |
| 22 | Transfer Logs for Plaintiffs<br>a. Jeremiah Thomas (1-3)<br>b. Michael McKinney (4-24)<br>c. Paul Echols (25-26)<br>d. Charles Morgan (27-32)<br>e. Antonio Ward (33-42)<br>f. Eugene Ulrath (43-46)<br>g. Kelvin Frazier (47-48) | PLF2200001 - PLF2200048 | a-R<br>d-R<br>f-R<br>g-R | SEP 0 5 2008<br>SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 5 2008<br>SEP 0 3 2008<br>SEP 0 5 2008<br>SEP 0 5 2008 | |
| 23 | Photographs and DOC Website Documents<br>a. FDOC Prison Facilities Maps (1 - 3)<br>b. FDOC Region II Facilities Map (4)<br>c. Aerial photographs of FSP and UCI (5-7)<br>d. FDOC Website Printout of Facility Maps (8-12)<br>e. Photographs inside FSP (13-17)<br>f. Photographs inside UCI (18-21)<br>g. Photographs of Plaintiffs Thomas, Butler and Massey (22-27)<br>h. DOC Website chart of Institutional Populations (28-32) | PLF2300001- PLF2300032 | g-R | SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 3 2008 | |
| 24 | FDOC/FSP Organizational Charts | PLF2400001 - PLF2400024 | | SEP 0 3 2008 | |
| 25 | James Crosby Documents | PLF2500001 - | R (all) | | |

23G1 admitted SEP 0 5 2008
23G2 admitted SEP 0 5 2008
23G3 admitted SEP 0 5 2008

2

EXHIBIT A

PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
|  | a. Plea Agreement (1-24)<br>b. Transcript of Sentencing Hearing (25-63)<br>c. Judgment in Criminal Case (64-69)<br>d. DOC Personnel Action Request Termination of Crosby (70)<br>e. Printout showing career at DOC ) (71)<br>f. Bureau of Investigations Case Summary dated 9/12/00 - Improper Conduct at FSP (72) | PLF2500072 |  |  |  |
| 26 | Stacey Green Documents<br>a. Use of Force Log (1-7)<br>b. Personnel File (8-16)<br>c. Plea Agreement (17-31)<br>d. Judgment in Criminal Case (32-34) | PLF2600001 - PLF2600034 | R (all) |  |  |
| 27 | Keith Musselman Documents | PLF2700001 - PLF2700004 | R |  |  |
| 28 | Oscar Shipley Documents<br>a. Plea Agreement (1-19)<br>b. Personnel File (20-57) | PLF2800001 - PLF2800057 | R (all) |  |  |
| 29 | Alan Clark Documents<br>a. Plea Agreement | PLF2900001 - PLF2900017 | R |  |  |
| 30 | George Sapp Documents<br>a. Personnel File (1-20)<br>b. Sketch of layout of FSP (Exhibit 8 from deposition) (21) | PLF3000001 - PLF3000021 |  | SEP 0 3 2008 |  |
| 31 | Ron McAndrew Documents<br>a. Personnel File (1-49)<br>b. Memo to Ron McAndrew from Harry Singletary re: Dedication and Professionalism (50-51)<br>c. Statement by Ron McAndrew dated 4/15/05 re: Abuse in the Florida Prison System (52-58)<br>d. Affidavit of Ron McAndrew dated 9/6/07 (59-63) | PLF3100001 - PLF3100067 | R (all) |  |  |

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

### JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
### CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
|  | e. Memo dated 8/7/97 from Ron McAndrew to Thornton, et al re: Pepper Spray and Health Services Bulletin 15.02.11 (64-67) |  |  |  |  |
| 32 | FDOC Use of Force Policies & Procedures | PLF3200001 - PLF3200068 |  | SEP 0 3 2008 |  |
| 33 | FDOC Form DC4-650B "Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices | PLF3300001 |  | SEP 0 3 2008 |  |
| 34 | Chemical Use Since Feb 01 Graph | PLF3400001-PLF3400002 |  | SEP 0 3 2008 |  |
| 35 | Chemical Agent/Use of Force Memoranda<br>a. 8/7/97 - Memo to Thornton, Mccusker, Johnson, Christie, Tison from Ron McAndrew re: Pepper Spray w/HSB No. 15.01.11 attached (1-4) | PLF3500001-PLF3500049 | R (all) | SEP 0 3 2008 |  |
|  | b. 1/15/99 - To all Shift Captains from Alton Christie re: use of chemical agents (5) |  |  | SEP 0 3 2008 |  |
|  | c. 7/19/99 - Case Summary re: Homicide of Inmate (6) |  |  |  |  |
|  | d. 7/20/99 - To Assistant Wardens, Chiefs from James Crosby re: Cell Extraction Procedure; (7) |  |  | SEP 0 3 2008 |  |
|  | e 7/20/99 - To Jim Crosby from Stan Czerniak re: Use of Force Video Taping Requirement; (8) |  |  |  |  |
|  | f. 7/20/99 - To All Main Unit and Work Camp Shift Supervisors from Alton Christie re: Video Taping of Forced Cell Extractions/Chemical Agents; (9) |  |  | SEP 0 8 2008 |  |
|  | g. 7/28/99 - To All Wardens from Michael Moore re: Use of Force Procedure (10-14) |  |  | SEP 0 3 2008 |  |
|  | h. 9/8/99 - To all Security Staff from Alton Christie re: Video Tapes; (15) |  |  | SEP 0 3 2008 |  |

4

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| | i. 10/26/99 - To James Crosby from Michael Moore re: exception to procedure w/handwritten note; (16) | | | SEP 0 3 2008 | |
| | j. 2/7/00 - To All Institutional Wardens, Medical Staff, Regional Directors of Institutions and Regional Medical Executive Directors from David Thomas and Richard Duggar re: Chemical agents; (17) | | | SEP 0 5 2008 | |
| | k. 6/14/00 - To James Crosby from G. Sapp re: Administering of Chemical Agents (18) | | | SEP 0 3 2008 | |
| | l. 6/16/00 - To Shift Supervisors from G. B. Sapp re: chemical agents; (19) | | | SEP 0 8 2003 | |
| | m. 6/26/00 - To Wardens from Greg Drake re: Chemical agents in alternate housing; (20) | | | SEP 0 5 2008 | |
| | n. 7/11/00 - To All Shift Supervisors from A. Clark re: C.S. Decontamination; (21) | | | SEP 0 8 2008 | |
| | o. 8/14/00 - To James Crosby from Mark Redd re: Use of Force Rule/Procedure; (22) | | | SEP 0 8 2008 | |
| | p. 10/6/00 - To Regional Directors and Wardens from James Upchurch re: Chemical agent dispensers; (23-25) | | | | |
| | q. 10/9/00 - To George Denman from James Crosby re: use of chemical agents; (26) | | | | |
| | r. 10/10/00 - To Shift Captains and Lieutenants from Mark Redd re: chemical agents; (27) | | | SEP 0 8 2008 | |
| | s. 10/11/00 - To All Health Care Staff from Dr. Nguyen re: contra-indications for use of Chemical Agents/Restraints; (28) | | | SEP 0 5 2008 | |
| | t 10/26/00 - To All Nursing Staff from Dr. Nguyen re: clarification of memo issued 10/11/00 (29) | | | SEP 0 5 2008 | |
| | u. 11/3/00 - To Richard Dugger from James Upchurch re: comparison of chemical agent use in cell extractions; | | | SEP 0 3 2008 | |

5

EXHIBIT A

PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| | (30-31) | | | | |
| | v. 12//8/00 - To Regional Directors and Wardens from Richard Dugger re: chemical agents: (32-33) | | | | |
| | w. 2/1/01 - To Regional Directors and Wardens from Richard Dugger re: discontinue use of CN; (34-35) | | | | |
| | x. 5/15/01 - To Regional Directors and Wardens from Richard Dugger re: Chemical Agent Use - Passive Resistance (36-37) | | | SEP 0 8 2008 | |
| | y. 7/5/01 - To Nursing Staff from T.Battles re: Nursing staff role in use of chemical agents: (38) | | | SEP 0 5 2008 | |
| | z. 9/16/03 - To Regional Directors and Wardens from George Denman re: Handling Disruptive Inmates: (39-40) | | | SEP 0 8 2008 | |
| | aa. 1/8/04 - To Larry Purintun from Dean Aufderheide re: Use of Force Follow-up; (41) | | | SEP 0 5 2008 | |
| | bb. 1/23/04 - To Nursing Staff from T. Battles re: Inmates with mental health issues that preclude chemical agent use (42) | | | SEP 0 5 2008 | |
| | cc. 2/10/04 - To Greg Drake from Gerald Abdul-Wasi re: improper administration of Chemical Agents (43-44) | | | SEP 0 8 2008 | |
| | dd. 2/22/05 - To Tatanisha Davis from Stephen Pittman re: call outs; (45) | | | SEP 0 4 2008 | |
| | ee. 3/17/06 - To Shift Supervisors from R.D. Dixon re: Post use of force showers; (46) | | | SEP 0 8 2008 | |
| | ff. 9/13/07 - To Maureen Olson from Dean Aufderheide re: opening TCU beds at Dade CI: (47-48) | | | | |
| | gg. 2007/2008 - Dade Transitional Care Unit Budget Request (49) | | | | |

6

EXHIBIT A

PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| 36 | Chemical Agent Properties/Product Information<br>a. MK-4, MK-9, MK46 (1-4)<br>b. Material Safety Data Sheet for SABRE Red Stream (5-6)<br>c. Material Safety Data Sheet for SABRE Red Fog (7-8)<br>d. Material Safety Data Sheet for MACE - CS (9-10)<br>e. Material Safety Data Sheet for First Defense HV Stream (11-12)<br>f. Material Safety Data Sheet for MK-46V First Defense HV Stream (13-14)<br>g. Material Safety Data Sheet for MK-4 First Defense Stream (15-16)<br>h. Material Safety Data Sheet for Pepper Mace (17-18)<br>i. SABRE Named Most Potent Defense Spray Article (19-24) | PLF3600001-PLF3600024 | | SEP 0 3 2008 (entire 36) | |
| 37 | Investigation Report dated 9/7/99 re: official misconduct of Sgt. Lewis and Asst. Warden Mecusker re: use of CA for punishment | PLF3700001 - PLF3700037 | R | | |
| 38 | Composite Use of Force Statistics and Summaries | PLF3800001 - PLF3800299 | R (0017-0299) | | |
| 39 | Training Issues<br>a. FSP Standardized Lesson Plan - *Chemical Agents (2/8/99)* (1-20) | PLF3900001-PLF3900167 | a - c; R | SEP 0 3 2008 | |
| | b. FDCO Chemical Agents for Correctional Officers - Instructors Guide 2001/2002 (21-27) | | | SEP 0 3 2008 | |
| | c. Memo dated 5/28/02 from Larry Myers to All Staff Development Personnel re: Chemical Agents Administrative Directive 02.05.05.00 (28-31) | | | SEP 0 3 2008 | |
| | d. Chemical Agent Exposure Training Evaluation (created 5/6/04) (32-33) | | | SEP 0 3 2008 | |

38A admitted SEP 0 8 2008

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

### JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
### CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| | e. Module 5 Defensive Tactics; Chemical Agents; Contamination Decontamination (copyright 2006) (34-46) | | | SEP 0 3 2008 | |
| | f. Mental Health Close Confinement Annual Refresher Training Module MT4200 (2003/2004) (47-58) | | | SEP 0 3 2008 | |
| | g. Suicide Prevention and Intervention (2005/2006) (59-66) | | | SEP 0 3 2008 | |
| | h. Inpatient Mental Health Unit Training For Security Staff (2007) (67-102) | | | SEP 0 3 2008 | |
| | i. Mental Health Personnel Orientation (103-163) | | | SEP 0 3 2008 | |
| | j. Job Manual of Common Tasks; Module II: Using Appropriate Counseling Techniques (164-167) | | | SEP 0 3 2008 | |
| 40 | Memo dated 9/18/00 to All Concerned from George Sapp re: Warden/Duty Warden Schedule | PLF4000001 | R | | |
| 41 | FDOC Mental Health Policies & Procedures | PLF4100001 - PLF4100026 | | SEP 0 3 2008 | |
| 42 | FDOC Procedure No. 404.001 "Suicide and Self Injury Prevention | PLF4200001 - PLF4200018 | | SEP 0 3 2008 | |
| 43 | FDOC Health Services Bulletin No. 15.02.11 re: Application of Force for Medical or Mental Health Reasons | PLF4300001 - PLF4300003 | R | | |
| 44 | FDOC Health Services Bulletin No. 15.05.05 re: Inpatient Mental Health Services | PLF4400001 - PLF4400036 | R | | |
| 45 | FDOC Technical Instruction No. 15.05.08 re: Mental Health Services for Inmates assigned to Confinement, Protective | PLF4500001 - PLF4500007 | R | | |

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

### JEREMIAH THOMAS et al. vs. WALTER MCNEIL, et al
### CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
|  | Management or Close Management Status |  |  |  |  |
| 46 | Statistics on Inpatient Care and supporting documentation | PLF4600001 - PLF4600037 | R (001 - 020; 027 - 028) |  |  |
| 47 | Affidavit of Dr. Tuong T. Nguyen w/attachments | PLF4700001 - PLF4700005 | R | SEP 0 5 2008 |  |
| 48 | Chase Riveland Documents<br>a. Expert Report dated 12/21/05 (1-60)<br>b. Supplemental Expert Report dated 9/28/07 (61-65)<br>c. Affidavit of Chase Riveland dated 9/12/07 (66-69)<br>d. C.V. (70-81) | PLF4800001 - PLF4800081 |  | SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 3 2008 |  |
| 49 | Kathy Burns Documents<br>a. Report of Kathryn Burns, M.D. dated 12/23/05 (1-38)<br>b. Supplemental Report of Kathryn Burns, M.D. dated 10/27/06 (39-51)<br>c. Declaration of Kathryn Burns, M.D. dated 9/7/07 (52-57)<br>d. C.V. (58-65) | PLF4900001 - PLF4900065 |  | SEP 0 3 2008 |  |
| 50 | Woodhall Stopford Documents<br>a. Expert Report dated 12/20/05 with Declaration attached (1-36)<br>b. Expert Report dated 11/1/06 with Declaration attached (37-63)<br>c. 12/20/05 Evaluations of Massey, Thomas, Butler (64-90)<br>d. C.V. (91-99) | PLF5000001 - PLF5000099 |  | SEP 0 3 2008 |  |
| 51 | Richard Lipsey Documents<br>a. CV<br>b. Agreement between Lipsey and DOC<br>c. Newspaper article<br>d. Defendants' Expert Witness | PLF5100001 - PLF5100243 | c - R | SEP 0 3 2008<br>SEP 0 3 2008<br>SEP 0 3 2008 |  |

46A admitted SEP 0 5 2008
46B admitted SEP 0 5 2008
46C admitted SEP 0 9 2008

9

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| | Summary e. Letter dated 1/17/06 to Denis Dean from Lipsey re: documents reviewed | | | SEP 0 3 2008 | |
| | f. Letter dated 5/1/07 to Peter Martin from Lipsey re: dcouments reviewed | | g - R | SEP 0 3 2008 | |
| | g. Photos of Joseph Berry w/ incident reports attached | | h - R | | |
| | h. Use of Force Log by Inmate | | | | |
| | i. Review of FSP Chemical Agent Accountability Log by Stopford | | | SEP 0 3 2008 | |
| | j. E-mail to Denis Dean from Kathleen Savor re: Chemical Agent Testing w/attachments | | k - R | SEP 0 3 2008 | |
| | k. Newspaper article re: suit against DOC | | | | |
| | l. Notes from discussions with Rod Hall | | | SEP 0 3 2008 | |
| | m. Notes from chemical agents testing | | | SEP 0 3 2008 | |
| | n. Information on Chemical Agents from James Upchurch | | | SEP 0 3 2008 | |
| | o. Memo dated 2/2/00 to All Institutional Wardens from David Thomas, Richard Dugger re: Chemical Agents | | o - R | | |
| | p. Memo dated 11/3/00 to Richard Dugger from James Upchurch re: Comparison of CA Use in Cell Extractions | | p - R q - R | | |
| | q. Memo dated 12/8/00 to Regional Directors and Wardens from Richard Dugger re: Chemical Agents | | r - R | | |
| | r. Memo dated 2/1/01 to Regional Driectors and Wardens from Richard Dugger re: Chemical Agents- Discontinue Use of CN | | s - R t - R | | |
| | s. Memo dated 5/15/01 to Regional Directors and Wardens from Richard Dugger re: Chemical Agent Use on Passive Resistance Inmates | | u - R | | |
| | t. Memo dated 9/16/03 to Regional Directors and Wardens from George Denman re: Handling Disruptive | | | | |

10

EXHIBIT A

PLAINTIFFS' TRIAL EXHIBIT LIST

JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
|  | Inmates in Confinement Areas<br>u. FDOC *Chemical Agents for Correctional Officers Instructors Guide* 2001 - 2002 |  |  |  |  |
| 52 | Federal Bureau of Prisons Program Statement dated 11/30/05 | PLF5200001 - PLF5200022 | R | SEP 0 3 2008 |  |
| 53 | Correctional Medical Authority Reports<br>a. Report on Health Care Delivery for 1999/2000 (1-89)<br>b. Report on Health Care Delivery for 2000/2001 (90-153)<br>c. Report on Health Care Delivery for 2001/2002 (154-230)<br>d. Report on Health Care Delivery for 2002/2003 (231-264)<br>e. Report on Health Care Delivery for 2003/2004 (265-286)<br>f. Report on Health Care Delivery for 2004/2005 (287-327)<br>g. Report on Health Care Delivery for 2005/2006 (328-378)<br>h. Report on Health Care Delivery for 2006/2007 (379-425)<br>i. Close Management Monitoring Survey of FSP dated Nov. 19 - 22, 2002 (426-433)<br>j. Close Management Monitoring Survey of FSP dated Dec. 9 - 12, 2003 (434-441)<br>k. Close Management Monitoring Survey of FSP dated Jan. 11 - 14, 2005 and Addendum (442-455)<br>l. Physical & Mental Health Survey of FSP dated June 4 -7, 2002 (456-478)<br>m. Physical & Mental Health Survey of UCI dated Nov 30/Dec 3, 1999 (479-484) | PLF5300001 - PLF5300484 | R (all) | SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008<br>SEP 0 4 2008 |  |

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

### JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
### CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
| 54 | Use of Force and Videotaping Policies in Other Jurisdictions<br>a. Connecticut (1-13)<br>b. Montana (14-37)<br>c. Vermont (38-61)<br>d. Texas (62-103)<br>e. Mississippi (104 - 130) | PLF5400001 - PLF5400130 | R (all) | SEP 0 4 2008 (Entire 54) | |
| 55 | DEA Website *"Anabolic Steroids - Hidden Dangers"* dated March 2004 | PLF5500001 - PLF5500003 | R | | |
| 56 | *Transforming Juvenile Justice in Texas - A Framework for Action* dated September 2007 | PLF5600001 - PLF5600075 | R | | |
| 57 | *Mental Health Transforming Florida's Mental Health System* | PLF5700001 - PLF5700167 | R | | |
| 58 | Report of the Pepper Spray Committee dated October 2000 | PLF5800001 - PLF5800027 | R | | |
| 59 | *Confronting Confinement A Report of the Commission on Safety and Abuse in America's Prisons* | PLF5900001 - PLF5900128 | R | | |
| 60 | Florida State Courts Annual Report 2006-2007 | PLF6000001- PLF6000062 | R | | |
| 61 | *Mental Health Problems of Prison and Jail Inmates; Bureau of Justice Statistics Special Report dated September 2006* | PLF6100001 - PLF6100012 | R | | |
| 62 | Affidavit of Donald Gibbs, M.D. dated 9/18/07 | PLF6200001 - PLF6200003 | | SEP 0 3 2008 | |
| 63 | Affidavit of Doyle Kemp dated 5/2/07 | PLF6300001 - PLF6300003 | | SEP 0 3 2008 | |
| 64 | Letter dated 7/21/03 to Eugene | PLF6400001 | R | | |

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBIT LIST

### JEREMIAH THOMAS et al, vs. WALTER MCNEIL, et al
### CASE NO.: 3:04-CV-917-J-32-TJC-JRK

| Exhibit # | Description | Bates Range | Objection | Date Admitted | Witness |
|---|---|---|---|---|---|
|  | Ulrath from Rod Hall re: fear of transfer to FSP |  |  |  |  |
| 65 | Videos of Michael McKinney | PLF6500001 - PLF6500002 |  | SEP 0 3 2008 |  |
| 66 | Videos of Sanchez Preston and Jasmin Hunter | PLF6600001 - PLF6600002 | R | SEP 0 4 2008 |  |
| 67 | Eddie Williams Inmate and Medical/Mental Health Records | PLF6700001 - PLF6700008 | R | SEP 0 4 2008 |  |
| 68 | Sterling Lanier Inmate and Medical/Mental Health Records | PLF6800001 - PLF6800019 | R | SEP 0 4 2008 |  |
| 69 | Willie Lester Inmate and Medical/Mental Health Records | PLF6900001 - PLF6900012 | R | SEP 0 4 2008 |  |
| 70 | Franklin Edwards Inmate and Medical/Mental Health Records | PLF7000001 - PLF7000005 | R | SEP 0 4 2008 |  |
| 71 | Sanchez Preston Inmate and Medical/Mental Health Records | PLF7100001 - PLF7100050 | R | SEP 0 4 2008 |  |
| 72 | Leo Moss Inmate and Medical/Mental Health Records | PLF7200001 - PLF7200040 | R | SEP 0 4 2008 |  |
| 73 | James Logan Inmate and Medical/Mental Health Records | PLF7300001 - PLF7300055 | R | SEP 0 4 2008 |  |
| 74 | All exhibits listed by Defendants |  |  |  |  |
| 75 | Learned treatises and other impeachment exhibits |  | Objection - no documents identified |  |  |

66A admitted SEP 0 4 2008

# 5508016_v1

76 admitted SEP 0 8 2008
77 admitted SEP 0 8 2008
78 admitted SEP 0 8 2008
79 admitted SEP 0 8 2008
80 admitted SEP 0 8 2008
81 admitted SEP 0 8 2008
82 admitted SEP 0 8 2008

13