UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MAXIME JEROME THOMAS, as
Personal Representative of
Jeremiah Thomas Intestate Estate,
and MICHAEL MCKINNEY,

        Plaintiffs,

vs.                              Case No. 3:04-cv-917-J-32JRK

STEVEN SINGER, in his official capacity
as Secretary of the Florida Department
of Corrections,

        Defendants.

---

**Counsel for Plaintiffs:**    George E. "Buddy" Schulz, Jr., Esquire
Kristen Cooley Lentz, Esquire
Cassandra Capobianco, Esquire
Randall Challen Berg, Jr., Esquire
Stephen Focey Hanlon, Esquire

**Counsel for Defendants:**    Susan A. Maher, Esquire
Jason "Jay" Vail, Esquire
Jonathan Sanford, Esquire
Chesterfield Smith, Jr., Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 9/27/11<br>10:04 a.m. - 1:07 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Dolores N. Landrum | TAPE/REPORTER | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**    SETTLEMENT CONFERENCE

Opening statements by counsel.

Parties split up and conferred with Judge Klindt separately.

Settlement reached