**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MAXIME JEROME THOMAS as
Personal Representative of
Jeremiah Thomas Intestate Estate,
and MICHAEL MCKINNEY,

        Plaintiffs,

vs.                                                 Case No. 3:04-cv-917-J-32JRK

STEVEN SINGER, in his official capacity
as Secretary of the Florida Department
of Corrections,

        Defendants.

## ORDER

On September 27, 2011, the Magistrate Judge reported that the parties were able to reach a settlement on the attorney's fees in this case.

No later than **January 5, 2012**, the parties should advise the Court as to whether they have executed the terms of their settlement so that the Court can terminate the Motion for Fees (Doc. 479).

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of December, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:
counsel of record