# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MAXIME THOMAS on behalf
of the estate of Jeremiah Thomas,
MICHAEL MCKINNEY,
Plaintiffs,                                          Civil Action No. 3:04-cv-917-J-32TJC-JRK

v.

KENNETH S. TUCKER,
Secretary of the Florida Department
Of Corrections, in his official capacity, et. al.
Defendants.

## NOTICE OF STATUS OF SETTLEMENT

Plaintiffs, through undersigned counsel, give notice pursuant to this Court's Order of December 7, 2011 (Doc. 496), that the parties have fully executed the terms of their settlement in this matter.

Respectfully Submitted,

*s/ Cassandra Capobianco*
Cassandra Capobianco, Esq.
Florida Bar No. 614734
Attorney for Plaintiffs

Stephen Hanlon, Esq.
Florida Bar No. 209430
George E. Schulz, Jr., Esq.
Florida Bar No. 169507
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904)358-1872

1

        Cassandra Capobianco, Esq.
        Christopher M. Jones, Esq.
        Kristen Cooley Lentz, Esq.
        Florida Institutional Legal Services
        12921 SW 1st Road, Ste 107, #346
        Newberry, FL 32669
        Telephone: (352) 375-2494
        Facsimile: (352) 331-5202

        Randall C. Berg, Jr., Esq.
        Joshua A. Glickman, Esq.
        Florida Justice Institute, Inc.
        3750 Miami Tower
        100 S.E. Second Street
        Miami, Florida 33131-2309
        Telephone: (305) 358-2081
        Facsimile: (305) 358-0910

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        *s/ Cassandra Capobianco*

        Cassandra Capobianco
        Florida Bar No. 614734